UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:00-cr-39 |
| | ) | Mag. No. 1:05-mj-318 |
| vs. | ) | |
| | ) | |
| CLYDE JONES | ) | COLLIER/CARTER |

MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on September 8, 2005, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for a Warrant or Summons for Offender Under Supervision of U.S. Probation Officer Tim Chavers and the Warrant for Arrest issued by U.S. District Judge Curtis L. Collier. Those present for the hearing included:

(1)  AUSA Robert Anderson for the USA.
(2)  The defendant, CLYDE JONES.
(3)  Attorney Ashley Ownby for defendant.
(4)  U.S. Probation Officer Tim Chavers
(5)  Deputy Clerk Pam Scott.
(6)  Court Reporter Elizabeth Coffey.

After being sworn in due form of law the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

It was determined the defendant wished to be represented by an attorney and he qualifies for the appointment of an attorney to represent him at government expense.  Attorney Ashely Ownby was appointed to represent the defendant. It was determined the defendant  had been provided with a copy of the Petition for a Warrant or Summons for an Offender Under Supervision and the Warrant for Arrest and had the opportunity of reviewing those documents with Atty. Ownby.  It was also determined the defendant was capable of being able to read and understand the copy of the aforesaid documents he had been provided.

Defendant waived his right to a preliminary hearing and detention hearing.

AUSA Anderson moved defendant be detained without bail pending his revocation hearing before U.S. District Judge Curtis L. Collier.

1

<u>Findings</u>

(1) Based upon U.S. Probation Officer Tim Chavers' petition and defendant's waiver of preliminary hearing and detention hearing, the undersigned finds there is probable cause to believe defendant has committed violations of his conditions of supervised release as alleged in the petition.

<u>Conclusions</u>

It is ORDERED:

(1)  The defendant, CLYDE JONES, shall be appear in a revocation hearing before U.S. District Judge Curtis L. Collier.

(2) The motion of AUSA Anderson that defendant be DETAINED WITHOUT BAIL pending his revocation hearing before Judge Collier is GRANTED.

(3) The U.S. Marshal shall transport CLYDE JONES to a revocation hearing before Judge Collier on **Friday, September 16, 2005, at 10:00 a.m.**

ENTER.

s/William B. Mitchell Carter
UNITED STATES MAGISTRATE JUDGE

2